**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DEREK MORTLAND**,

    Plaintiff,

v.

**WILCARE CORPORATION**,

    Defendant.

Case No. 5:23-CV-02376

JUDGE PATRICIA A. GAUGHAN

---

**STIPULATION FOR DISMISSAL AND JUDGMENT ENTRY**

---

This matter is before the Court upon the agreement of the parties to settle all claims at issue in the above captioned matter and to dismiss those claims with prejudice.

It is therefore, ORDERED, ADJUDGED, AND DECREED that any and all claims in the above captioned matter are dismissed with prejudice.

This Court hereby retains jurisdiction for the purpose of enforcing the settlement agreement. Outstanding court costs to Defendant Wilcare Corporation.

**IT IS SO AGREED AND ORDERED**.

/s/ Patricia A. Gaughan    12/9/24
JUDGE PATRICIA A. GAUGHAN

| | |
|---|---|
| /s/ Colin G. Meeker (per 12/4/24 phone consent)<br>Colin G. Meeker (0092920)<br>Blakemore, Meeker & Bowler Co., L.P.A. | *[signature: Richard A. Williams]*<br>Richard A. Williams (0013347)<br>Susan S. R. Petro (0050558)<br>Williams & Finkbine Co., LLC |

| | |
|---|---|
| 495 Portage Lakes Drive<br>Akron, OH  44319<br>Phone: 330-253-3337<br>Fax: 330-253-4131<br>Email Address: cgm@bmblaw.com<br>*Counsel for Derek Mortland*<br><br><br>*/s/ Heather C. Steele*<br>Heather C. Steele, Esq. (0099105)<br>Buckingham, Doolittle & Burroughs, LLC<br>3800 Embassy Parkway, Suite 300<br>Akron, OH  44333<br>Phone: 330-258-6407<br>Fax: 330-258-6407<br>Email Address: hsteele@bdblaw.com<br>*Co-counsel for Defendant Wilcare Corporation* | 338 South High Street, Second Floor<br>Columbus, Ohio  43215<br>(614) 224-0531 \| (614) 224-0553 (fax)<br>richardw@ohiolegalfirm.com<br>susanp@ohiolegalfirm.com<br>*Co-Counsel for Defendant Wilcare Corporation* |

2